

**ArentFox Schiff LLP**

1301 Avenue of the Americas
42nd Floor
New York, NY  10019

212.484.3900    **MAIN**
212.484.3990    **FAX**

afslaw.com

**Russell McRory**
Partner
212.484.3942    **DIRECT**
russell.mcrory@afslaw.com

May 2, 2025

<u>Via E-mail and NYSCEF</u>

Hon. Anne Y. Shields
Magistrate Judge
U.S. District Court, Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      RE:    *Recovery Racing VIII, LLC d/b/a Gold Coast Alfa Romeo vs. FCA US LLC a/k/a Stellantis and Maserati North America, Inc.*
             Index No. 24-CV-5957-PKC-AYS

Dear Judge Shields:

This firm represents Plaintiff Recovery Racing VIII, LLC d/b/a Gold Coast Alfa Romeo ("Gold Coast") in the above-referenced action. Gold Coast, FCA US LLC, and Maserati North America, Inc. (collectively, the "Parties") jointly and respectfully request an extension of the deadline to complete fact discovery up to and including October 31, 2025.

On September 30, 2024, the Court held an Initial Conference. Following the Initial Conference, the Court entered a Scheduling Order memorializing certain deadlines in this action. The Parties were to complete all fact discovery by May 6, 2025.

The Parties have been working diligently together to work through fact discovery but require additional time to complete discovery.

**Smart In
Your World**®

The Parties conferred via e-mail on April 29, 2025, regarding the relief requested in this letter motion, and both Parties agree that this extension is necessary to complete fact discovery. Both Parties agree to the proposed date, and no party will be prejudiced by the relief requested.

Accordingly, the Parties respectfully request to extend the date to complete fact discovery to and including October 31, 2025. We are also including an updated discovery plan worksheet that corresponds with the new proposed fact discovery deadline. We respectfully request this Court grant the extension requested above. We thank the Court for its consideration.

Sincerely,

Russell McRory